**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**COTRELL THOMAS**                                                                                    **PLAINTIFF**

**V.**                                                                                    **CAUSE NO. 4:25-CV-00190-JMV**

**JAQUELINE MORGAN**                                                                                    **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order issued today, the instant action is

**DISMISSED WITH PREJUDICE** for Plaintiff's failure to state a claim upon which relief may

be granted.  This dismissal counts as a "strike" under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915(g).

This case is closed.

**SO ORDERED**, this the 24th day of March, 2026.


/s/ Jane M. Virden
**JANE M. VIRDEN**
**UNITED STATES MAGISTRATE JUDGE**